**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

**Case No. Pending**

**Hon. Pending**

**Debtor:** Ahkeda Reed

**Creditor:** Abbas El-Dirani & Ali El-Dirani

**EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND HALT EVICTION**

**NOW COMES Debtor, Ahkeda Reed, appearing pro se, and respectfully moves this Honorable Court to enforce the automatic stay pursuant to 11 U.S.C. § 362 and halt eviction enforcement, and states as follows:**

**I. BACKGROUND**

1. Debtor resides at **3329 Filbert St., Wayne, MI 48184**, the subject property of this action.

2. On **June 13, 2025**, the **29th District Court reinstated the eviction order**, granting seven days for Debtor to vacate.

3. Debtor filed a **Chapter 7 bankruptcy petition** in the **Eastern District of Michigan Bankruptcy Court** on **June 14, 2025**, triggering an **automatic stay** under **11 U.S.C. § 362**, which legally halts eviction proceedings.

4. Despite the automatic stay, Creditor **continues to pursue eviction enforcement**, violating federal bankruptcy protections.

**II. LEGAL BASIS FOR RELIEF**

5. Under **11 U.S.C. § 362(a)**, the filing of bankruptcy **automatically halts all eviction actions**, including enforcement of a writ.

6. Any attempt to proceed with eviction **constitutes a violation of federal law** and may result in **sanctions against the Creditor**.

7. The **Third Judicial Circuit Court appeal remains pending**, further reinforcing the need to halt eviction enforcement.

**III. RELIEF REQUESTED**

WHEREFORE, Debtor respectfully requests that this Honorable Court:

- **Enforce the automatic stay under 11 U.S.C. § 362** and halt all eviction enforcement actions.
- **Issue an order prohibiting Creditor from proceeding with eviction** until the bankruptcy case is resolved.
- **Grant any other relief deemed just and equitable.**

**Respectfully submitted,**

**Ahkeda Reed, Pro Se**

3329 Filbert St.

Wayne, MI 48184

(313) 948-2490

laniseaholland@gmail.com

**Dated:** June 16, 2025